**Fill in this information to identify your case:**

Debtor 1: **Lorraine Mae Hyde**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): _____

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

**AmeriFactors**
1170 Celebraton Boulevard
Suite 100
Kissimmee, FL 34747

Contact
Contact phone

What is the nature of the claim? **Personal guarantee of debt owed by Genesis Venture Logistics, L.L.C.**  $ **$635,976.70**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security: - $ _____
Unsecured claim $ _____

**2**

**Amex**
P.O. Box 297871
Fort Lauderdale, FL 33329

What is the nature of the claim? **Credit card**  $ **$25,578.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Lorraine Mae Hyde**                                    Case number *(if known)*

_____
Contact

_____
Contact phone

☐ Yes. Total claim (secured and unsecured)    $ _____
   Value of security:    - $ _____
   Unsecured claim        $ _____

---

**3**

**Amex**
P.O. Box 297871
Fort Lauderdale, FL 33329

**What is the nature of the claim?**   **Credit card**    $ **$11,308.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
   Value of security:    - $ _____
   Unsecured claim        $ _____

_____
Contact

_____
Contact phone

---

**4**

**Capital One**
15000 Capital One Drive
Henrico, VA 23238

**What is the nature of the claim?**   **Credit card**    $ **$67.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
   Value of security:    - $ _____
   Unsecured claim        $ _____

_____
Contact

_____
Contact phone

---

**5**

**Chase**
P.O. Box 6294
Carol Stream, IL 60197

**What is the nature of the claim?**   **Credit card**    $ **$8,600.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
   Value of security:    - $ _____
   Unsecured claim        $ _____

_____
Contact

_____
Contact phone

---

**6**

**CitiCards**
P.O. Box 6241
Sioux Falls, SD 57117

**What is the nature of the claim?**   **Credit card**    $ **$3,047.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Lorraine Mae Hyde**     Case number *(if known)*

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $
      Value of security:   - $
      Unsecured claim   $

Contact
Contact phone

---

**7**

**ComData**
**716 North Causeway Boulevard**
**Metairie, LA 70001**

What is the nature of the claim?    **Credit card**    $ **$20,539.48**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $
      Value of security:   - $
      Unsecured claim   $

Contact
Contact phone

---

**8**

**Comenity Bank**
**P.O. Box 182789**
**Columbus, OH 43218**

What is the nature of the claim?    **Credit card**    $ **$6,045.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $
      Value of security:   - $
      Unsecured claim   $

Contact
Contact phone

---

**9**

**Derwin Falcon**
**P.O. Box 86576**
**Baton Rouge, LA 70879**

What is the nature of the claim?    **Trade debts - lawsuit**    $ **$176,198.50**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $
      Value of security:   - $
      Unsecured claim   $

Contact
Contact phone

---

**10**

What is the nature of the claim?    $ **$3,992.00**

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Lorraine Mae Hyde** Case number *(if known)*

**Loanme Inc.**
**1900 South State College**
**Boulevard**
**Anaheim, CA 92806**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

Contact
Contact phone

---

**11**
**Loft**
**P.O. Box 659450**
**San Antonio, TX 78265**

What is the nature of the claim? **Credit card** $ **$6,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

Contact
Contact phone

---

**12**

What is the nature of the claim? **Personal guarantee of debt owed by Genesis Venture Logistics, L.L.C. Merchant cash advance agreement(s). Lawsuit.** $ **$275,800.58**

**Par Funding**
**20 North Third Street**
**Philadelphia, PA 19106**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

Contact
Contact phone

---

**13**
**Pier One**
**P.O. Box 182789**
**Columbus, OH 43218**

What is the nature of the claim? **Credit card** $ **$709.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

---

B 104 (Official Form 104) For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Page 4

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1     **Lorraine Mae Hyde**        Case number *(if known)*

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact
Contact phone

---

**14**

**Royal Funding**
**80 Broad Street**
**Suite 1302**
**New York, NY 10004**

**What is the nature of the claim?**    **Personal guarantee of debt owed by Genesis Venture Logistics, L.L.C. Future receivables agreement(s). Lawsuit.**    $ **$304,190.75**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact
Contact phone

---

**15**

**Synchrony**
**P.O. Box 9650005**
**Orlando, FL 32896**

**What is the nature of the claim?**    **Credit card**    $ **$1,411.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact
Contact phone

---

**16**

**Synchrony**
**P.O. Box 965007**
**Orlando, FL 32896**

**What is the nature of the claim?**    **Credit card**    $ **$51.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

Contact

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Lorraine Mae Hyde** Case number *(if known)*

Value of security: - $
Unsecured claim $

| 17 | **Synchrony**<br>P.O. Box 9650005<br>Orlando, FL 32896 | What is the nature of the claim? | **Credit card** | $ **$36.00** |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

| 18 | **TD Auto Finance**<br>P.O. Box 9223<br>Farmington, MI 48333 | What is the nature of the claim? | | $ **$25,955.48** |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

| 19 | **U.S. Small Business Administration**<br>365 Canal Street<br>Suite 2820<br>New Orleans, LA 70130 | What is the nature of the claim? | **SBA Loan** | $ **$94,600.00** |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

| 20 | **Well Fargo**<br>8480 Stagecoach Circle<br>Frederick, MD 21701 | What is the nature of the claim? | | $ **$67,319.00** |

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

B 104 (Official Form 104) For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Page 6

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Lorraine Mae Hyde** Case number *(if known)*

Contact

Contact phone

**Does the creditor have a lien on your property?**

☒ No

☐ Yes. Total claim (secured and unsecured) $

Value of security: - $

Unsecured claim $

**Part 2: Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Lorraine Mae Hyde**
**Lorraine Mae Hyde**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **August 31, 2020**

Date _____

B 104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 7

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy